IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ELDER ROCAEL MARTINEZ RIVAS,

Petitioner,

vs.

JEROME J. KRAMER, Sheriff of Lincoln County, in his official capacity, et al.,

Respondents.

8:26-CV-626

ORDER

The petitioner has filed a petition for a writ of habeas corpus, seeking immediate release from U.S. Immigration and Customs Enforcement custody in the Lincoln County Detention Center in North Platte, Nebraska. Filing 1. The petitioner was detained on August 26, 2026, and he alleges that his continued detention is unlawful. *See* filing 1.

This is not his first petition. In case no. 8:26-cv-553, the Court denied his previous petition pursuant to the Eighth Circuit's decision in *Avila v. Bondi*, 170 F.4th 1128 (8th Cir. 2026). Nothing in the petitioner's new filings changes that decision. The petitioner raises new arguments about the legality of his initial traffic stop and arrest, and the administrative warrant supporting his immigration detention. *See* filing 1 at 6-7, 10, 16-17; filing 4 at 3-5. But even an unlawful warrantless arrest isn't a get-out-of-jail-free card if a lawful basis to detain someone is subsequently established. *See Singh v. Sommer*, No. 7:26-CV-5013, 2026 WL 2042296, at *2 (D. Neb. July 15, 2026) (citing *U.S. ex rel. Bilokumsky v. Tod*, 263 U.S. 149, 158 (1923)). And here, for the reasons explained in case no. 8:26-cv-553, there is such a basis. Accordingly,

IT IS ORDERED:

1. The Clerk of the Court shall, before docketing this order, add Ryan Kunhart of Dvorak Law Group LLC as counsel for counsel for Jerome J. Kramer, and add Assistant U.S. Attorney Christopher L. Ferretti for the other respondents solely for the purpose of providing notice, and shall after doing so regenerate the filing for the petition.

2. For the reasons stated in case no. 8:26-cv-553 filing 11, the petition for writ of habeas corpus is denied.

3. The petitioner's motion for expedited review (filing 2) is denied as moot.

4. A separate judgment will be entered.

Dated this 16th day of October, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge