IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ELDER ROCAEL MARTINEZ RIVAS,

Petitioner,

vs.

JEROME J. KRAMER, Sheriff of Lincoln County, in his official capacity, et al.,

Respondents.

8:26-CV-626

ORDER

IT IS ORDERED that for the reasons stated in filing 7, the petitioner's Motion to Alter or Amend Judgment Under Fed. R. Civ. P. 59(e) (filing 9) is denied.

Dated this 27th day of October, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge