IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ELDER ROCAEL MARTINEZ RIVAS,

Petitioner,

vs.

JEROME J. KRAMER, Sheriff of Lincoln County, in his official capacity, et al.,

Respondents.

8:26-CV-626

ORDER

IT IS ORDERED that the petitioner's motion for leave to appeal in forma pauperis (filing 14) is granted.

Dated this 6th day of November, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge